UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) )     3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

Sharlett Webster v. Bayer HealthCare.         No. 3:10-cv-10303-DRH-PMF
Pharmaceuticals Inc., et al.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on February 4, 2013, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:     /s/*Sara Jennings*
            Deputy Clerk

Dated:  February 5, 2013

Digitally signed by
David R. Herndon
Date: 2013.02.05
10:06:00 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT